UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WESTGATE COMMUNICATIONS, a Washington limited liability, d/b/a "WEAVTEL,"<br><br>                Plaintiff,<br>  v.<br><br>CHELAN COUNTY,<br><br>                Defendant. | NO: CV-08-004-RMP<br><br>ORDER ADRESSING DEFENDANT'S MOTION FOR RECONSIDERATION AND/OR CLARIFICATION |

      Before the Court is Defendant Chelan County's Motion for Reconsideration and/or Clarification (Ct. Rec. 147), claiming that the Court erred in finding that Richard J. Weaver's testimony adequately laid the foundation for certain exhibits submitted in opposition to Defendant's motion for summary judgment, and that the Court failed to address two of Defendant's objections regarding exhibits P and Q. Plaintiffs contend that the Court's ruling was accurate.

      In particular, Defendant argues that the Court erred in finding that Richard J. Weaver's testimony was sufficient to establish the foundation for exhibits A, B, I, and N, and that the Court erred in finding that the exhibits did not constitute inadmissible hearsay. A district court is granted wide discretion in determining

ORDER ADDRESSING DEFENDANT'S MOTION FOR RECONSIDERATION ~ 1

admissibility of evidence. *See United States v. Abel*, 469 U.S. 45, 54 (1984). In addition, Fed. R. Evid. 901 provides a series of illustrations that are not exclusive in establishing foundation for exhibits. Similarly, the hearsay exceptions contained in the rules of evidence are far ranging.

The Court has reviewed Defendant's supporting memorandum (Ct. Rec. 148), Ms. Yakely's affidavit and attached exhibits (Ct. Rec. 149), and reply brief (Ct. Rec. 160), as well as Defendant's initial motion and supporting memoranda and declines to adopt Defendant's interpretation of the rules of evidence or Defendant's analysis of the facts as they relate to exhibits A, B, I, and N. Therefore, the Defendant's motion to amend is denied as it relates to Richard J. Weaver's exhibits A, B, I, and N.

Defendant also moves the Court to clarify its order to address Defendant's objections to Plaintiff's exhibits P and Q, attached to Richard J. Weaver's declaration, and which were not expressly included in the Court's previous Order on Defendant's Motion to Strike. As a preliminary matter, the Court notes that neither exhibit P nor Q were cited or relied upon in the Court's order denying Defendant's Motion for Summary Judgment (Ct. Rec. 142). In addition, the Court stated at the end of the order that "[t]he parties may renew any objection at the time of trial" (Ct. Rec. 141 at 12). Therefore, the issue of whether exhibits P and Q

ORDER ADDRESSING DEFENDANT'S MOTION FOR RECONSIDERATION ~ 2

are admissible for purposes of the motion for summary judgment, which already has been decided, is moot.

However, for clarification purposes and to be complete, the Court will analyze and rule on admission of exhibits P and Q attached to the affidavit of Richard J. Weaver. Exhibit P is an email from Bob Dodge to Larry Angell. The email contains information that is specific in nature to the matters in this case. The Court finds that sufficient evidence was submitted to establish that Richard J. Weaver is a person with knowledge of the matters and can lay the foundation for the document because of the circumstances and contents of the email and his own position and experience with WeavTel, among other reasons. Therefore, exhibit P is admissible. *See* Fed. R. Evid. 901. Exhibit Q is the responsive email to exhibit P. For the same reasons that apply to admission of exhibit P, the Court finds that exhibit Q is admissible. *See* Fed. R. Evid. 901.

Accordingly,

IT IS SO ORDERED that:

1. Defendant Chelan County's **Motion for Reconsideration and/or Clarification, Ct. Rec. 147,** is **GRANTED in part** and **DENIED in part**, as outlined in this Order.

//

ORDER ADDRESSING DEFENDANT'S MOTION FOR RECONSIDERATION ~ 3

2. The parties may renew these objections at trial, if the occasion arises.

The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this 9th day of August, 2010.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          United States District Court Judge

ORDER ADDRESSING DEFENDANT'S MOTION FOR RECONSIDERATION ~ 4