AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

WESTGATE COMMUNICATIONS, LLC.,
a Washington limited liability company,
d/b/a "WEAVTEL",

                       Plaintiffs,

             v.

CHELAN COUNTY,

                      Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-04-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant, Chelan County.

March 5, 2012  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Linda Emerson  
*(By) Deputy Clerk*  
Linda Emerson